**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF TEXAS**
WACO **DIVISION**

FILED
OCT 10 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Ennis Davis # 930665
Plaintiff's name and ID Number

Hughes Unit 3201 FM 929 Gatesville Tx 76597
Place of Confinement

CASE NO: W17CA277
(Clerk will assign the number)

v.

TDC
Box 99 Huntsville Tx 77342-0099
Defendant's name and address

LORIE DAVIS
Box 99 Huntsville Tx 77342-0099
Defendant's name and address

Donna Berry 3201 FM 929 Gatesville Tx 76597
Defendant's name and address
(DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? X YES ______ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: I only remeber 2001

2. Parties to previous lawsuit:
   Plaintiff(s): TDC ETAL

   Defendant(s): I was on alot of neds

3. Court (If federal, name the district; if state, name the county) ____________

4. Docket Number: I dismissed it

5. Name of judge to whom case was assigned: ____________

6. Disposition: (Was the case (dismissed), appealed, still pending?)

   ______________________

7. Approximate date of disposition: I do not remember

**II. PLACE OF PRESENT CONFINEMENT:** TDC Hugles unit 3201 FM929 Gatesville Tx

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? X YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: TDC

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: LORI DAVIS Director Institutional Division

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
in her offical capacity violated ADA by violating my work restrictions

Defendant #2: Donna Berry (then Chief of unit Classification) Last known Hugles unit 3201 FM929 Gatesville Tx 76597

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
MRS Berry assigned me to a job which violated my work Restrictions

Defendant #3: Bruce Armstrong (then asst Warden) refused to change my job before I was harmed

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
I had alergies to chemicals (which they ignored)

Defendant #4: Jerry Bell (then Major) last know 3201 FM929 Gatesvile Tx 76597 Hughes unit

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
He refused to change my job before I was harmed

Defendant #5: Anthony Patrick (Ad seg Major) Hughes Unit 3201 FM929 Gatesville Tx 76597

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
refused to Change my job before I was harmed

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I have alergics (see attachments) I had suffered from exma, dermatitus ect... I complained the chemicals in the Garment Factory, Laundry ect so Mrs Berry / Major Bell assigned me to Adseg Janitor; which not only required me to use chemicals to clean but I was required to clean fecese, urine, blood and CO2 gas without a mask!! I had an alergic reaction (see atachment) which left me physically disfigured And has also caused me Mental Anguish. I am telling the truth please see Exhibits A-F

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

I want TDC and the above named individuals to Pay me for Pain & Suffering $100,000

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

I have never used an alais

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

I have never been to prison before

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): ____________
2. Case Number: ____________
3. Approximate date sanctions were imposed: ____________
4. Have the sanctions been lifted or otherwise satisfied? ______ YES ______ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES X NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): ____________________
2. Case number: ____________________
3. Approximate date warning were imposed: ____________________

Executed on: ____________________ (Date)

____________________ (Printed Name)

____________________ (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this 1 (Day) day of October (Month), 20 17 (Year).

Ennis Davis
(Printed Name)

Ennis Davis
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

OCT 2 7 2015

Exibit A

**Texas Department of Criminal Justice**

# STEP 2

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2015194372 |
| UGI Recd Date: | SEP 1 4 2015 |
| HQ Recd Date: | SEP 2 1 2015 |
| Date Due: | 10/29 |
| Grievance Code: | 638 |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: Davis, Ennis TDCJ # 930665

Unit: AH Housing Assignment: ~~3A 13B~~ 3-C-2

Unit where incident occurred: AH

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

T. Smith, RN-CNM is falsifying state documents which is a felony! I know you do not care because they do that all the time on this unit as well as retaliation! She wasnt even employed in the system when this happend my medical shows (see attached exactly what happend! I am still filing a law suit against this Agency for violation of ADA and retaliation I kept complaining that my restrictions were being violated by Security I was asigned to the garment factory and getting rashes from chemicals and debris I have dermatitus! I was then placed in Ad Seg to clean urine, fecces, blood and "gas"! I told Ms washbur "countroom" the reason I had two black eyes and a swolen face was because I was alergic to the gas! She told me to write Ms Berry I told her I had and Major Bell, Major Patrick, Warden Werner Warden Armstrong and Warden Maldonodo who had all acted with total "Deliberate Indifference" they seen my face and eyes and arms all the time at work and when they were coming out of UCC at 11/12 Gate for 5 months as did Ms Chung (PA) and Douglas Green (MD) I had chemical, environmental and Irritant Restrictions and they thought it was a good deal to assign me to clean up Seg a place where they shoot gas all day without a mask! Ms Siegmund (Grievance) destroyed several grievances that I filed! And Warden Armstrong denied Several Grievances requesting a job change stating that this unit follows the guidelines as much as posible ie., (we do what we want! I was injured at the

**I-128 Front** (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix G**

fault or TDCJ/UTMB employees. No matter what this woman they talked out of Retirement says 4 months later I still have rings around my eyes as well as burn marks on my arms, neck, stomach and legs! And they know exactly what/who caused them. I clearly have been tortured! Then they changed my JOB!!!

**Offender Signature:** Ennis Davis **Date:** Sep/13/2015

**Grievance Response:**

A review of the Step 1 medical grievance has been completed regarding your report you are being worked against your medical restrictions.

According to the documentation, you have been evaluated by the medical provider, the medical restrictions have been placed on your Health Summary for Classification. The restrictions in place are the medically necessary restrictions as determined by the provider. It is the responsibility of the unit health care providers to prescribe treatment based on their observations and clinical findings. All job assignments are completed by the classification department.

The appellate review of the medical grievance supports the response provided at the Step 1 level. Should you feel your condition requires further evaluation you may submit a Sick Call Request to the medical department. 2.01

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** ____________________ **Date:** 10.5.15

**Returned because:** ***Resubmit this form when corrections are made.***

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** ____________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ___Screened ___Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ___Screened ___Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ___Screened ___Improperly Submitted
Comments: ______
Date Returned to Offender: ______

Exhibit E

SUBJECT: State briefly the problem on which you desire assistance. Follow UP Still have rash

I had an alergic reaction to the
I am in pain!
CO2 Gas on 5-28-15 I was given
a shot of katalog and was told
I'd be seen in 5 days! It has been
11 days my skin is still burning I am still
itching and my eyes are still burning

Name: Davis Ennis  No: 930665  Unit:

Living Quarters: 3A36B  Work Assignment:  JUN 10 2015

**DISPOSITION:** (Inmate will not write in this space)

**CONSULTED RN**
M. Pollock, RN

Sick Call
Smoore LVN
6/10/15

JUN 10 2015
R. Jordan, RN

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*
2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*
3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*
4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*
5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*
6. ☐ *Parole requirements and related information (Unit Parole Counselor)*
7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*
8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Medical DATE: 6-8-15

*(Name and title of official)*

ADDRESS: ______________________

Exhibit C

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** DAVIS, ENNIS D **TDCJ#:** 930665 **Date:** 01/12/2015 16:48 **Facility:** HUGHES (AH)

2 TABS ORAL EVERY EVENING for 30 Days
ORDERING PROVIDER: ALAM, SHANAWAR
REFILLS: 0 / 11
EXPIRATION DATE: 12/25/2015 10:37:00AM

**SIMETHICONE 80MG CHEW TAB 100s**
1 TABS ORAL 3 TIMES DAILY for 90 Days KOP As Needed (PRN)
ORDERING FACILITY: HUGHES (AH)
ORDERING PROVIDER: NASIOTIS, THEODORE
LAST DATE GIVEN KOP: 11/22/2014 01:18:28PI
REFILLS: 1 / 3
EXPIRATION DATE: 8/16/2015 01:01:00AM

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
ORDERING FACILITY: HUGHES (AH)
ORDERING PROVIDER: CHUNG, COURTNEY A
LAST DATE GIVEN KOP: 12/30/2014 01:45:40PI
REFILLS: 0 / 0
EXPIRATION DATE: 1/22/2015 11:26:00AM

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: HUGHES (AH)
ORDERING PROVIDER: LASTRAPES, MICHELLE
LAST DATE GIVEN KOP: 12/20/2014 05:57:26PI
REFILLS: 1 / 11
EXPIRATION DATE: 11/12/2015 12:39:00PM

**THIOTHIXENE 10MG CAPSULE**
2 CAPS ORAL EVERY EVENING for 30 Days
ORDERING FACILITY: HUGHES (AH)
ORDERING PROVIDER: ALAM, SHANAWAR
COMPLIANCE: 50.00 %
REFILLS: 0 / 11
EXPIRATION DATE: 12/25/2015 10:36:00AM

**Today's Problem: f/u 8wks bp**

**1/12/2015**
**CCC-HTN/HLD with labs on 07/21/2015**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/2015 12:58PM | 148/89 (SI) | 98 (SI) | 18 | 374 LB | | | 97.9 (OR) | | 0.00 | RA | | | | |
| 12/30/2014 07:33AM | 137/81 (SI) | 81 (SI) | 18 | 370 LB | | | 97.8 (OR) | | 0.00 | RA | | | | |
| 12/27/2014 07:07PM | 142/82 (SI) | 103 (SI) | | | | | | | 0.00 | 96 RA | | | | |
| 12/23/2014 06:35AM | 143/89 (SI) | 77 (SI) | 18 | 373 LB | | | 97.3 (OR) | | 0.00 | RA | | | | |
| 12/4/2014 08:52AM | 148/87 (SI) | 73 (SI) | | | | | | | 0.00 | RA | | | | |

**S:**
Patient is here for the above issue.
Also, he has dermatitis when working in the garment.
He needs renewal of Imodium.
He wants Periactin KOP.

**O:**
Gen- NAD; A&O; Ambulatory
Eye- anicteric
MM's- moist
Neck- supple; no nodes
Lungs- CTA
Heart- RRR; no M-G-R
Skin- dermatitis is seen about the neck and arms

Exhibit D

**Correctional Managed Care**
**MD/MLP - SICK CALL EXAM**

**Patient Name:** DAVIS, ENNIS D **TDCJ#:** 930665 **Date:** 05/18/2015 13:59 **Facility:** HUGHES (AH)
EXPIRATION DATE: 12/25/2015 10:36:00AM

**SCR Received On: 05/15/2015 (date)**
**Today's Problem: C/O: WORKING AGAINST RESTRICTIONS, BLISTER ON FEET, CHEMICALS ARE CAUSING BREAK OUT**
**ANS: SC**
**S:**
The patient is here for the above issue. His III-23 restriction fell off of his HSM-18 form.
He needs med refills as seen below.

**O:**
Gen- NAD; A&O; ambulatory

**A:**
**Restriction Review**

**Plan is as follows**:

RTC PRN
Add Restriction to the HSM-18: III-23 Indefinitely

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 5/18/2015 02:08PM | PROVIDER1-BRIEF OFFICE VISIT (F) | misc diagnosis | | |

Started Meds:

CYPROHEPTADINE 4MG TABLET 19232439 05/18/2015 14:24
1 TABS ORAL TID KOP
FINAL EXP. DATE: 6/17/2015 02:24:00PM REFILLS: 0 DURATION: 30 Days

LOPERAMIDE 2MG CAPSULE 19232444 05/18/2015 14:24
1 CAPS ORAL TID PRN KOP
FINAL EXP. DATE: 8/16/2015 02:24:00PM REFILLS: 2 DURATION: 30 Days

OPCON-A EYE DROP 15ML 19232429 05/18/2015 14:23
2 DROPS OPHTHALMIC TID KOP
FINAL EXP. DATE: 6/17/2015 02:23:00PM REFILLS: 0 DURATION: 30 Days

Electronically Signed by GREENE, DOUGLAS E. M.D. on 05/18/2015.
##And No Others##

Exhibit E

**Correctional Managed Care**
**MD/MLP - SICK CALL EXAM**

**Patient Name:** DAVIS, ENNIS D **TDCJ#:** 930665 **Date:** 06/16/2015 11:54 **Facility:** HUGHES (AH)

**SCR Received On:** 06/14/2015 **(date)**
**Today's Problem:** CO: PAIN; ITCHING; BLEEDING; BUMPS BURN ON BODY; EYES HAVE CIRCLES AROUND THEM; VISION BLURRY; REQUEST HYDROCORTISONE ANS; SCR

**S: 42 year old male complaining of persistent generalized itchy body rash for the past 3 weeks since coming in contact with gas. Pt received kenalog injection at that time. Pt reports multiple excoriations, dark circles around eyes, and blurry vision. Pt reports no swelling of face or neck.**

**O: General**: A&Ox3; NAD; ambulatory; no abnormal body movements; cooperative
**Vitals:** Stable
**Skin**: Warm and dry, good skin turgor, color appropriate to heritage; pinniform hyperpigmented rash generalized over entire body; multiple excoriations on extremities without drainage, swelling, or warmth.
**Lungs**: CTA bilaterally; no wheezes, rales, or rhonchi
**Cardiac**: RRR; no murmurs, rubs, or gallops;

**A: atopic dermatitis**

**Plan is as follows**:
1. Fluocinonide
2. Bendaryl
3. Antibiotic ointment
4. RTC PRN if symptoms worsen or persist

Started Meds:

BACITRACIN/POLYMYXIN OINT 15GM 19373867 06/16/2015 12:02
1 APPLICS TOPICALLY BID KOP
Special Instructions:Apply Thin Layer Sparingly
FINAL EXP. DATE: 6/21/2015 12:02:00PM REFILLS: 0 DURATION: 5 Days

DIPHENHYDRAMINE 50MG CAPSULE 19373858 06/16/2015 12:01
2 CAPS ORAL BID
FINAL EXP. DATE: 7/16/2015 12:01:00PM REFILLS: 0 DURATION: 30 Days

FLUOCINONIDE 0.05% CREAM 60GM 19373863 06/16/2015 12:02
1 APPLICS TOPICALLY BID KOP
Special Instructions:Apply Thin Layer Sparingly.
FINAL EXP. DATE: 9/14/2015 12:02:00PM REFILLS: 2 DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 6/17/2015 09:18AM | PROVIDER1-BRIEF OFFICE VISIT (F) | rash/lesion, dermatitis nos | | |

Electronically Signed by CHUNG, COURTNEY A. PA on 06/17/2015.
Electronically Signed by GREENE, DOUGLAS E. M.D. on 06/17/2015.
##And No Others##

Exhibit F

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** DAVIS, ENNIS D **TDCJ#:** 930665 **Date:** 05/28/2015 14:14 **Facility:** HUGHES (AH)

| | | |
|---|---|---|
| **SERTRALINE 100MG TABLET**<br>2 TABS ORAL EVERY EVENING for 30 Days | ORDERING FACILITY: HUGHES (AH)<br>ORDERING PROVIDER: ALAM, SHANAWAR | COMPLIANCE: 58.67 %<br>REFILLS: 5 / 11<br>EXPIRATION DATE: 12/25/2015 10:37:00AM |
| **SIMETHICONE 80MG CHEW TAB 100s**<br>1 TABS ORAL 3 TIMES DAILY for 90 Days KOP As Needed (PRN) | ORDERING FACILITY: HUGHES (AH)<br>ORDERING PROVIDER: NASIOTIS, THEODORE | LAST DATE GIVEN KOP: 05/20/2015 03:43:39PM<br>REFILLS: 3 / 3<br>EXPIRATION DATE: 8/16/2015 01:01:00AM |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: HUGHES (AH)<br>ORDERING PROVIDER: LASTRAPES, MICHELLE | LAST DATE GIVEN KOP: 05/16/2015 03:27:58PM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 11/12/2015 12:39:00PM |
| **THIOTHIXENE 10MG CAPSULE**<br>2 CAPS ORAL EVERY EVENING for 30 Days | ORDERING FACILITY: HUGHES (AH)<br>ORDERING PROVIDER: ALAM, SHANAWAR | COMPLIANCE: 56.67 %<br>REFILLS: 5 / 11<br>EXPIRATION DATE: 12/25/2015 10:36:00AM |

| | | | |
|---|---|---|---|
| **SCR INITIATED?** | | YES | Date Received: |
| | x | NO | |

| | | |
|---|---|---|
| x | Vital signs within normal limits | |
| | Provider notified – vital signs outside of normal parameters as follows: | |
| | | Blood pressure less than 90/60 or greater than 180/110 |
| | | Pulse less than 50/min or greater than 110/min |
| | | Temperature greater than 101°F (oral) |
| | | Respirations greater than 22/min |

**Today's Problem: BREAKING OUT IN RASH/ALLERGIC REACTION**

**S: C/O BUMPS ON SKIN, REDNESS TO FACE AND SWELLING ON THE FACE, INCLUDING EYE AREA.**

**O: A/O X4, GAIT WNL, SKIN W/D W/BUMP RASH ON CHEST, ARMS, NECK, RESPIRATION EVEN AND UNLABORED. PT CAME INTO MEDICAL WITH C/O AN ALLERGIC REACTION TO HIS FACE/SKIN. PT STATES THAT HE WAS AT WORK YESTERDAY (SSI) AND WAS CLEANING A REC ROOM THAT WAS RECENTLY GASSED. PATIENT WAS SEEN BY DOCTOR GREENE WHO HAS GIVEN A VOICE ORDER LISTED BELOW. NO WHEEZING/WHISTLING NOTED FROM LUNGS AT THIS TIME. PATIENT HAS BEEN GIVEN A 3 DAY CELL PASS AND RELEASED TO SECURITY.**

**Plan is as follows:**

ENNIS DAVIS 930665
HUGES UNIT 3201 FM 429
Gatesville Tx 76597




Legal

US District Court
Western District of Texas
US District Clerk's office
800 Franklin Ave, Waco, Tx 76701

5