**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ENNIS DAVIS #930665** | § | |
| | § | |
| **V.** | § | **W-17-CA-277-RP** |
| | § | |
| **LORIE DAVIS, et al.** | § | |

**ORDER**

Before the Court is Plaintiff's original and supplemental civil rights complaint. After reviewing Plaintiff's pleadings, the Court finds that summary dismissal is not appropriate.

It is therefore **ORDERED** that Lorie Davis, Donna Berry, Bruce Armstrong, Jerry Bell, Anthony Patrick, Michelle Washburn, and Douglas Greene[1], as defendants, are hereby required to file answers to such complaint or otherwise plead as provided by Rule 12 of the Federal Rules of Civil Procedure.

It is further **ORDERED** that the Clerk prepare and issue summons directed to Defendants **Lorie Davis, Donna Berry, Bruce Armstrong, Jerry Bell, Anthony Patrick, Michelle Washburn, and Douglas Greene** and forward the same, together with a copy of the complaint, supplemental complaint, and a copy of this Order, by electronic means to Gloria.chandler@oag.texas.gov, leddocket@oag.texas.gov, and Elizabeth.mejia@oag.texas.gov. Defendants represented by the Attorney General's office shall have 40 days from the date on which this Order is received to answer or otherwise plead in response to Plaintiff's claims, except any claims previously dismissed by the Court. Such responsive pleading shall constitute consent in

---

[1] Defendant TDCJ is not being served and will be addressed by the Court in its final judgment.

writing to be served by electronic means, as well as waiver of service. If any defendant chooses not to accept service through or be represented by the Attorney General's office (or cannot be located by the Attorney General's office within the required time period), the Attorney General shall file an Advisory to that effect, and submit the defendant's last known address under seal, whereupon the Court shall order alternative service on that defendant.

**SIGNED** on November 20, 2017.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE